IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SANDY SPRING BANK <br><br> Plaintiff <br><br> v. <br><br> TOP FLIGHT AIRPARK OFFICE LIMITED PARTNERSHIP *et al*. <br><br> Defendants | 1:18CV521 TSE/IDD |

### STATEMENT OF MATERIAL FACTS IN DISPUTE

1. Whether the amount of interest due could have increased during the time that First Flight has been making interest payments pursuant to the Cash Collateral orders. Affidavit of Peterson at 10-12.
2. Whether late fees were waived by the then president of WashingtonFirst Bank. Affidavit of Peterson at 13, Affidavit of Peterson pursuant to Fed. R. Civ. P. 56 (d).
3. Whether legal fees are fair and reasonable. Affidavit of Peterson at 15.

                                                    Respectfully submitted,

                                                    ___/s/ Joel S. Aronson_____
                                                    Joel S. Aronson 42112
                                                    RIDBERG ARONSON LLC
                                                    6411 Ivy Lane
                                                    Suite 405
                                                    Greenbelt MD 20770
                                                    301 907 6555
                                                    Attorneys for Defendants